```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

ROGER L.,

    Plaintiff,

v.                                         CIVIL ACTION NO. 1:24-00005

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

     By Standing Order, this action was referred to United States Magistrate Judge Joseph K. Reeder for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Reeder submitted to the court his Proposed Findings and Recommendation ("PF&R") on November 6, 2024, in which he recommended that the court grant plaintiff's motion for judgment on the pleadings to the extent it requests remand of the Commissioner's decision; deny defendant's request to affirm the Commissioner's decision; reverse the final decision of the Commissioner, remand the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as outlined in the PF&R; and dismiss this case with prejudice and remove it from the court's active docket.

In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Reeder's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period.  Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Reeder as follows:

1. Plaintiff's motion for judgment on the pleadings is **GRANTED** to the extent it requests remand;
2. Defendant's request to affirm the Commissioner's decision is **DENIED**;
3. The final decision of the Commissioner is **REVERSED**;
4. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the Proposed Findings and Recommendation;
5. This case is **DISMISSED** with prejudice; and

6.   The Clerk is directed to remove this matter from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 17th of December, 2024.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge